UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JOHN PILKINTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:12-cv-0026 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| DAVID M. HARTSFIELD; CONNIE THOMASON, ) | |
| as personal representative of MORRIS E. EZELL, ) | |
| deceased; and BRIDGNORTH PARTNERS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Plaintiff's Motion for Summary Judgment (Docket No. 14) is **GRANTED**. The plaintiff shall file, by June 14, 2013, an affidavit setting forth a revised figure reflecting the total sum of principal and interest he seeks to recover under the note in question. The defendants shall file any objection to the amount claimed by the plaintiff by June 21, 2013, after which the court will enter its judgment.

It is so Ordered.

Enter this 3rd day of June 2013.

_____
ALETA A. TRAUGER
United States District Judge

1