`Motion GRANTED.`

*[Signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JOHN PILKINTON,<br><br>    Plaintiff,<br><br>v.<br><br>CONNIE THOMASON, as personal representative of Morris E. Ezell, deceased; BRIDGNORTH PARTNERS; and REGENA WHITE HARTSFIELD, as administrator ad litem of the estate of David M. Hartsfield,<br><br>    Defendants. | Case No. 1:12-cv-0026<br><br>Judge Trauger<br><br>Magistrate Judge Bryant |

## MOTION FOR CHARGING ORDER

The Judgment Creditor, John Pilkinton, pursuant to Federal Rule of Civil Procedure 69 and Tennessee Code Annotated Section 48-218-105, respectfully moves this Court to enter a charging order against the interest, if any, of Micah Hartsfield, as the personal representative of David M. Hartsfield, in Bridgnorth Partners, LLC.

In support of his Motion, the Judgment Creditor states as follows:

1. John Pilkinton currently holds a judgment against the Member Defendants in the principal amount of $105,026.72.

2. No part of the judgment has been satisfied.

3. At the time of his death, David M. Hartsfield owned a fifty percent interest in Bridgnorth Partners, LLC.